IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 7:00-CR-14-002 (WLS) |
| vs. | 28 U.S.C. § 2255 |
| TREANDOS CARTE HEAD | CASE NO. 7:07-CV-65 (WLS) |

## ORDER

Before the Court is a Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. #160), filed March 31, 2008 and recommending that Petitioners §2255 Petition (Doc. #146) be denied.[1]

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation should be, and hereby is, accepted and **ADOPTED** and made the order of the Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's §2255 Petition is **DENIED**.

**SO ORDERED**, this _9th_ day of **July, 2009** *nunc pro tunc* 2/16/08.

_____
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Petition and Report and Recommendation have been brought to the Court's attention having been inadvertently overlooked. The Court has also learned that the Petitioner was released from confinement on August 22, 2008.